# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

VANESSA B. BECERRA-BAUTISTA,

    Plaintiff,

vs.

CPLC NEVADA, INC., *et al.*,

    Defendants.

Case No. 2:17-cv-02784-RFB-GWF

**ORDER**

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. Counsel for Defendant removed this matter to federal court on November 3, 2017. Defendants filed their Answer (ECF No. 8 ) November 10, 2017. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **January 12, 2018** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 5th day of January, 2018.

GEORGE FOLEY, JR.
United States Magistrate Judge