Kirsten A. Milton, Bar No. 14401
Mahna Pourshaban, Bar No. 13743
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Kirsten.milton@jacksonlewis.com
Mahna.pourshaban@jacksonlewis.com
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendants CPLC NEVADA, INC. and CHICANOS POR LA CAUSA, INC.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VANESSA B. BECERRA-BAUTISTA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CPLC NEVADA, INC. d/b/a and a/k/a CPLC also d/b/a and a/k/a CHICANOS POR LA CAUSA, INC.; CHICANOS POR LA CAUSA, INC.; DOES I through X and ROE CORPORATION XI through XX, inclusive,<br><br>Defendants. | Case No. 2:17-cv-02784<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE DISMISSAL OR SUBMIT A JOINT STATUS REPORT**<br><br>**(First Request)** |

Pursuant to LR 26-4, all parties hereby stipulate to extend the deadline to file a dismissal or submit a joint status report in this action.

1. On December 20, 2017, the parties attended an Early Neutral Evaluation wherein settlement was reached.

2. On December 21, 2017, the Court entered an Order requiring the parties to either (1) file a stipulated dismissal or (2) file a joint status report by January 19, 2018. ECF No. 13.

3. The parties will not be able to file a stipulated dismissal or joint status report by January 19, 2018 as the parties are continuing to execute settlement documents.

4. Accordingly the parties stipulate and agree to extend the dismissal or joint status report deadline to February 2, 2018, to allow the parties sufficient time to finalize all settlement documents.

DATED this 19th day of January, 2018.

| GABROY LAW OFFICES | JACKSON LEWIS P.C. |
|---|---|
| */s/ Kaine Messer* <br> Christian Gabroy <br> Kaine Messer <br> The District at Green Valley Ranch <br> 170 South Green Valley Parkway, Suite 280 <br> Henderson, Nevada 89012 <br> *Attorneys for Plaintiff* <br> *Vanessa B. Becerra* | */s/ Mahna Pourshaban* <br> Kirsten Milton, Bar #14401 <br> Mahna Pourshaban, Bar #13743 <br> 3800 Howard Hughes Parkway, Suite 600 <br> Las Vegas, Nevada 89169 <br> *Attorney for Defendants* <br> *CPLC Nevada and Chicanos Por La Causa* |

**ORDER**

IT IS SO ORDERED January 22, 2018.

_____
U.S. ~~District~~/Magistrate Judge

4813-6281-5578, v. 1