| | |
|---|---|
| 1 | Kirsten A. Milton, Bar No. 14401 |
| | Mahna Pourshaban, Bar No. 13743 |
| 2 | **JACKSON LEWIS P.C.** |
| | 3800 Howard Hughes Parkway, Suite 600 |
| 3 | Las Vegas, Nevada 89169 |
| | Kirsten.milton@jacksonlewis.com |
| 4 | Mahna.pourshaban@jacksonlewis.com |
| | Tel: (702) 921-2460 |
| 5 | Fax: (702) 921-2461 |

*Attorneys for Defendants CPLC NEVADA, INC. and CHICANOS POR LA CAUSA, INC.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VANESSA B. BECERRA-BAUTISTA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CPLC NEVADA, INC. d/b/a and a/k/a CPLC also d/b/a and a/k/a CHICANOS POR LA CAUSA, INC.; CHICANOS POR LA CAUSA, INC.; DOES I through X and ROE CORPORATION XI through XX, inclusive,<br><br>Defendants. | Case No. 2:17-cv-02784<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE DISMISSAL OR SUBMIT A JOINT STATUS REPORT**<br><br>**(Second Request)** |

Pursuant to LR 26-4, all parties hereby stipulate to extend the deadline to file a dismissal or submit a joint status report in this action.

1. On December 20, 2017, the parties attended an Early Neutral Evaluation wherein settlement was reached.

2. On December 21, 2017, the Court entered an Order requiring the parties to either (1) file a stipulated dismissal or (2) file a joint status report by January 19, 2018. ECF No. 13.

3. On January 19, 2018, the parties entered into a Stipulation to Extend the Deadline to File Dismissal or Submit a Joint Status Report extending the deadline to February 2, 2018. ECF No. 16.

4. The parties will not be able to file a stipulated dismissal or joint status report by

February 2, 2018 as the parties are continuing to execute settlement documents.

5. Accordingly the parties stipulate and agree to extend the dismissal or joint status report deadline to February 16, 2018, to allow the parties sufficient time to finalize all settlement documents.

DATED this 2nd day of February, 2018.

| GABROY LAW OFFICES | JACKSON LEWIS P.C. |
|---|---|
| */s/ Kaine Messer* <br> Christian Gabroy <br> Kaine Messer <br> The District at Green Valley Ranch <br> 170 South Green Valley Parkway, Suite 280 <br> Henderson, Nevada  89012 <br> *Attorneys for Plaintiff* <br> *Vanessa B. Becerra* | */s/ Mahna Pourshaban* <br> Kirsten Milton, Bar #14401 <br> Mahna Pourshaban, Bar #13743 <br> 3800 Howard Hughes Parkway, Suite 600 <br> Las Vegas, Nevada 89169 <br> *Attorney for Defendants* <br> *CPLC Nevada and Chicanos Por La Causa* |

**ORDER**

IT IS SO ORDERED February 9, 2018.

U.S. ~~District~~/Magistrate Judge

4813-6990-2427, v. 1